Submitted on record and briefs December 19, 1991, convictions affirmed; remanded for resentencing January 22, 1992

STATE OF OREGON,
*Respondent,*

*v.*

MARTIN LOPEZ,
*Appellant.*

(C90-05-32902; CA A66596)

823 P2d 453

Sally L. Avera, Public Defender, and Peter Gartlan, Deputy Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM